Argued August 21, reversed October 12, 1972

STATE OF OREGON, *Respondent, v.*
ALAN JAMES FRASER (No. C-71-12-4048 Cr.),
*Appellant.*

501 P2d 345

*Howard R. Lonergan,* Portland, argued the cause and filed the briefs for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

REVERSED. *Delgado v. United States,* 327 F2d 641 (9th Cir 1964) ; *State v. Weller,* 263 Or 132, 501 P2d 794 (1972).